U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 MAY 22 PM 2:24

CLERK

BY LW
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

CYNTHIA HAWTHORNE,

Plaintiff,

v.

BRATTLEBORO MEMORIAL HOSPITAL, INC. d/b/a BRATTLEBORO MEMORIAL HOSPITAL

Defendant.

CIVIL ACTION NO. 2:17-cv-90

## COMPLAINT

NOW COMES the plaintiff, by and through her attorneys, Faxon Law Group, LLC, and complains against the defendant as follows:

## JURISDICTIONAL STATEMENT

The plaintiff, CYNTHIA HAWTHORNE, is a domiciliary of the State of Ohio. The defendant, BRATTLEBORO MEMORIAL HOSPITAL, INC. d/b/a BRATTLEBORO MEMORIAL HOSPITAL ("BRATTLEBORO MEMORIAL HOSPITAL"), is incorporated in the State of Vermont. Jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds $75,000. Venue is appropriate in this district pursuant to 28 U.S.C. 1391.

**<u>COUNT ONE</u> (MEDICAL MALPRACTICE AGAINST BRATTLEBORO MEMORIAL HOSPITAL):**

1. At all times mentioned herein, BRATTLEBORO MEMORIAL HOSPITAL, was a Vermont corporation organized and existing under the laws of the State of Vermont operating a hospital in Brattleboro, Vermont providing medical services,

including emergency medicine services, through physicians and other health care professionals to the general public, and more specifically to CYNTHIA HAWTHORNE. The defendant, BRATTLEBORO MEMORIAL HOSPITAL, operates through its agents, apparent agents, ostensible agents, contractors, servants, and/or employees.

2. On March 24, 2014, plaintiff, CYNTHIA HAWTHORNE sought treatment from BRATTLEBORO MEMORIAL HOSPITAL's Emergency Department and George Terwilliger, M.D. ordered a CT of the abdomen and pelvis for plaintiff. That same day, the radiologist sent Dr. Terwilliger a copy of the CT imaging study report, and all addendums thereto, and also discussed with Dr. Terwilliger the finding of a left renal mass that was highly suspicious for renal cell carcinoma (kidney cancer) and indicated to Dr. Terwilliger that further evaluation of the plaintiff was necessary. Defendant failed to communicate to plaintiff that she had a highly suspicious mass on her left kidney as identified by the March 24, 2014 CT Scan, as required by the standard of care, and failed to order any further testing or evaluation on her in connection with this finding.

3. Thereafter, plaintiff returned to BRATTLEBORO MEMORIAL HOSPITAL, for care and treatment unrelated to the renal mass and the defendant serially failed to communicate to plaintiff that she had a highly suspicious mass on her left kidney as identified by the March 24, 2014 CT Scan, and failed to order any further testing or evaluation on her in connection with this finding.

4. On September 28, 2016, CYNTHIA HAWTHORNE returned to BRATTLEBORO MEMORIAL HOSPITAL, yet again, and for the first time, the defendant informed her of the highly suspicious mass on her left kidney identified by the March 24, 2014 CT Scan.

5. As a result of the carelessness, negligence and/or reckless disregard of plaintiff's serious, potentially lethal health condition, by BRATTLEBORO MEMORIAL HOSPITAL, CYNTHIA HAWTHORNE suffered serious, painful and permanent injuries as set forth in paragraph 7.

6. The injuries and damages sustained by CYNTHIA HAWTHORNE were caused by BRATTLEBORO MEMORIAL HOSPITAL's failure to exercise reasonable care and skill in the care, monitoring, supervision, management, and treatment provided to CYNTHIA HAWTHORNE, and or reckless disregard of the plaintiff's serious, potentially lethal health condition, by BRATTLEBORO MEMORIAL HOSPITAL, in connection with the highly suspicious mass on her left kidney identified by the March 24, 2014 CT Scan.

7. As a result of the carelessness, negligence and/or recklessness of BRATTLEBORO MEMORIAL HOSPITAL, CYNTHIA HAWTHORNE suffered the following serious, painful, and permanent injuries:

a. surgical interventions including removal of her left kidney;

b. stage IV metastatic clear cell carcinoma of the left kidney;

c. medical oncology interventions, including chemotherapy, and other related care and treatment;

d. loss of chance for cure;

e. fear of death;

f. severe emotional distress;

g. physical pain and suffering.

8. In addition, as a result of the carelessness, negligence and reckless disregard of plaintiff's serious, potentially lethal health condition by BRATTLEBORO MEMORIAL HOSPITAL, CYNTHIA HAWTHORNE has been deprived and will in the future be deprived of her ability to carry on and enjoy life's activities, and her earning capacity has been destroyed, and she has incurred and will continue to incur medical expenses and costs.

**COUNT TWO (INSTITUTIONAL MALFEASANCE AGAINST BRATTLEBORO MEMORIAL HOSPITAL):**

1-5. Paragraphs 1 through 4 of COUNT ONE are hereby incorporated by reference and made Paragraphs 1 through 4 of COUNT TWO as if more fully set forth herein.

6. The injuries and damages sustained by CYNTHIA HAWTHORNE were caused by BRATTLEBORO MEMORIAL HOSPITAL's negligence and/or reckless disregard of the plaintiff's serious, potentially lethal health condition, in failing to establish and/or enforce policies, systems, procedures, standards, guidelines, rules and/or protocols governing the notification of patients of potentially lethal CT Scan findings.

7-8. Paragraphs 7 and 8 of COUNT ONE are hereby incorporated by reference and made Paragraphs 7 and 8 of COUNT TWO as if more fully set forth herein.

**WHEREFORE**, the plaintiff claims money damages, including punitive damages against the defendant, and all other appropriate relief.

**DEMAND FOR TRIAL BY JURY**

The plaintiff demands a trial by jury on all claims.

Dated at New Haven, CT this 19th day of May, 2017.

THE PLAINTIFF,
CYNTHIA HAWTHORNE

By______________________

JOEL T. FAXON
jfaxon@faxonlawgroup.com
FAXON LAW GROUP, LLC
59 Elm Street, Suite 315
New Haven, CT 06510
(203) 624-9500 (Tel)
(203) 624-9100 (Fax)